IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS FREEMAN, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 12-1422 |
| PHILADELPHIA HOUSING | : | |
| AUTHORITY, FRED PASOUR, and | : | |
| STACEY THOMAS, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this *18th* day of *July*, 2013, upon consideration of **(1)** Plaintiff Thomas Freeman's Motion for Summary Judgment (Docket No. 48), the Response of Defendants Philadelphia Housing Authority and Stacey Thomas (Docket No. 53), and the Response of Defendant Fred Pasour (Docket No. 54); **(2)** Defendant Fred Pasour's Motion for Summary Judgment (Docket No. 49), the Response of Plaintiff Thomas Freeman (Docket Nos. 48 & 52), and Defendant Pasour's Reply Brief (Docket No. 56); and **(3)** Defendants Philadelphia Housing Authority and Stacey Thomas's Motion for Summary Judgment (Docket No. 50), the Response of Plaintiff Thomas Freeman (Docket Nos. 48 & 52), and Defendants' Reply Brief (Docket No. 57), it is hereby **ORDERED** as follows:

1. Plaintiff's Motion for Summary Judgment (Docket No. 48) is **DENIED**;

2. Defendant Pasour's Motion for Summary Judgment (Docket No. 49) is **GRANTED**;

3. Defendants Philadelphia Housing Authority and Stacey Thomas's Motion for Summary Judgment (Docket No. 50) is **GRANTED**;

4. **JUDGMENT IS ENTERED** in favor of Defendants Philadelphia Housing Authority, Fred Pasour, and Stacey Thomas and against Plaintiff on all counts of the Second Amended Complaint;

5. This case is now **CLOSED**.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.